Concur —
Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.   [50 Misc 2d 629.]
    In the Matter of the Arbitration between SALVATORE PROVENZANO, Respondent, and MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin and McGivern, JJ.
    In the Matter of the Accounting of CLARA C. PLOTKIN, as Executrix of GEORGE PLOTKIN, Deceased, Respondent.   OSCAR PLOTKIN, as Executor of FRANK PLOTKIN, Deceased, Appellant